IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY CROOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0445 |
| ) | Judge Trauger |
| SIMPSON STRONG-TIE COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon the reassignment of this case to Judge Trauger (Docket No. 17), the referral to the Magistrate Judge is **WITHDRAWN**. The deadlines set in the Initial Case Management Order entered July 26, 2010 (Docket No. 16) shall remain in place. The trial is being set before Judge Trauger by separate order.

It is so **ORDERED.**

Enter this 2nd day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge