IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| MARY CROOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 3:10-cv-00445 |
| | ) | |
| | ) | JURY DEMAND |
| SIMPSON STRONG-TIE, | ) | |
| CO., INC. | ) | JUDGE ECHOLS |
| | ) | MAGISTRATE JUDGE KNOWLES |
| Defendant. | ) | |

## MOTION TO CONSOLIDATE

Comes now the Plaintiff, by and through Counsel and moves this Court for an order consolidating the above styled case with *Mary Crook v. Simpson Strong-Tie Company, Inc.,* Case No. 2:10-cv-00099, pursuant to Fed. R. Civ. P. 42(a). Plaintiff would aver that the cases involve common questions of law and fact. Both of the cases are Plaintiff's claims against the same Defendant involving the same policies and procedures of Defendant that are at issue, which resulted from Defendant's violations of the Civil Rights Act of 1991; violations of Title VII of the Civil Rights Act of 1964, as amended; violations of the Tennessee Human Rights Act, and Common Law Retaliation. In support thereof, Plaintiff would aver that consolidation would make the discovery process and trial more efficient negating duplication of both.

    Respectfully submitted,

    **KELLY, KELLY & ALLMAN**

    \s\ Andy L. Allman
    Andy L. Allman, #17857
    629 East Main Street
    Hendersonville, TN 37075
    Telephone (615) 824-3703
    Facsimile (615) 824-2674
    kellykellyallman@comcast.net

    *Attorney for Plaintiff*