# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARY CROOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0445 |
| ) | Judge Trauger |
| SIMPSON STRONG-TIE COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby **ORDERED** that the Order setting the lead case for trial on August 30, 2011 (Docket No. 19) is **VACATED**.

It is so **ORDERED**.

Enter this 21st day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge