**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| MARY CROOK, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 3:10-0445 |
| | )    Judge Trauger |
| SIMPSON STRONG-TIE COMPANY, INC., | ) |
| | ) |
|       Defendant. | ) |

<u>**CONSOLIDATED WITH**</u>

| | |
|---|---|
| MARY CROOK, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 2:10-0099 |
| | )    Judge Trauger |
| SIMPSON STRONG-TIE COMPANY, INC., | ) |
| | ) |
|       Defendant. | ) |

**O R D E R**

It is hereby **ORDERED** that the parties shall re-file in the LEAD CASE (Case No.

3:10-cv-0445) the documents bearing docket numbers 12 through 16 in Case No. 2:10-cv-0099.

All filings in this consolidated case should be under the lead case number, which is

3:10-cv-0445.

It is further **ORDERED** that the Clerk shall **TERM** motion numbers 13 and 15 under

Case 2:10-cv-0099, as those were not filed under the lead case number.

It is so **ORDERED**.

ENTER this 31st day of January 2011.

_____
ALETA A. TRAUGER
U.S. District Judge