**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARY CROOK, | ) | No. 2:10-cv-00099 |
| | ) | Consolidated with 3:10-cv-0445 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| SIMPSON STRONG-TIE COMPANY, INC., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER AND FILE FIRST AMENDED ANSWER

Comes Defendant, Simpson Strong-Tie Company, Inc. ("Defendant"), by and through counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure, requests leave to amend its Answer to Plaintiff's Complaint and file its First Amended Answer. Defendant submits that such request should be granted because it is in the interest of justice and because the amendment will not prejudice Plaintiff. Defendant submits an accompanying Memorandum of Law In Support. Defendant exhibits to its Motion as Exhibit "A" a copy of Defendant's proposed Amended Answer to Plaintiff's Complaint.

Respectfully submitted,

SIMPSON STRONG-TIE COMPANY, INC.

By: *s/ H. Rowan Leathers III*
　　H. Rowan Leathers III (BPR No. 10023)
　　Miller & Martin PLLC
　　Suite 1200, One Nashville Place
　　Nashville, Tennessee 37219
　　Telephone: 615-744-8567
　　Facsimile: 615-744-8667
　　rleathers@millermartin.com