**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MARY CROOK,** | ) | **Case No. 3:10-cv-00445** |
| | ) | **(Lead Case)** |
| **Plaintiff,** | ) | |
| | ) | **Consolidated With** |
| **v.** | ) | |
| | ) | **No. 2:10-cv-00099** |
| | ) | |
| **SIMPSON STRONG-TIE COMPANY, INC.** | ) | **Judge Trauger** |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

For the reasons expressed in the accompanying Memorandum, the defendant's Motion

for Summary Judgment (Docket No. 35) is **GRANTED**.  All claims by the plaintiff are hereby

**DISMISSED**.  Entry of this order constitutes judgment in the case.

It is so ordered.

Enter this 17th day of January 2012.

_____
ALETA A. TRAUGER
United States District Judge